### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 11-__10227__-01, 02-__EFM__ |
| **JAMES HALD and** | ) | |
| **AMANDA WATSON,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## INDICTMENT

The Grand Jury charges:

## COUNT 1

From a date unknown, but from at least on or about February 3, 2011, continuing until on or about May 19, 2011, in the District of Kansas and elsewhere,

**JAMES HALD and**
**AMANDA WATSON,**

the defendants herein, unlawfully, knowingly and intentionally combined, conspired, confederated and agreed together with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States: to possess with the intent to distribute and to distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Sections 846, with reference to Title 21, United States Code, Section 841(a) and (b)(1)(A).

## COUNT 2

On or about February 3, 2011 in the District of Kansas,

**JAMES HALD,**

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 100.5 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A) and Title 18, United States Code, Section 2, Aiding and Abetting.

## COUNT 3

On or about May 11, 2011, in the District of Kansas,

**JAMES HALD,**

the defendant herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 86.1 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A) and Title 18, United States Code, Section 2, Aiding and Abetting.

## COUNT 4

On or about May 12, 2011, in the District of Kansas,

**JAMES HALD and
AMANDA WATSON,**

the defendants herein, did unlawfully, knowingly, and intentionally possess with the intent to distribute approximately 543.4 grams of methamphetamine (actual), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a) and (b)(1)(A) and Title 18, United States Code, Section 2, Aiding and Abetting.

A TRUE BILL

  October 13, 2011                               s/Foreperson
DATE                                                   FOREMAN OF THE GRAND JURY


s/ Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
(316) 269-6481
KS Bar No. 13267

(It is requested that trial be held in Wichita, Kansas).

3