IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action |
| | ) | |
| v. | ) | No. 11-10227-01, 02-EFM |
| | ) | |
| JAMES HALD | ) | |
| and AMANDA WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' NOTICE TO THE COURT

Comes now the United States of America, by and through its attorney Mona L. Furst, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐ Was open as a matter or case in the United States Attorney's Office when the Honorable Eric F. Melgren was the United States Attorney for the District of Kansas; or

☒ Was not open as a matter or case in the United States Attorney's Office when the Honorable Eric F. Melgren was the United States Attorney for the District of Kansas.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/Mona L. Furst
MONA L. FURST, #13162
Assistant U.S. Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas  67202
Telephone: (316) 269-6481
Fax: (316) 269-6484
E-mail: mona.furst@usdoj.gov